**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Criminal Case No.  09-cr-00474-LTB

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.      SERGIO CONTRERAS-ARIAS,

        Defendant.

---

**MINUTE ORDER**

---

BY ORDER OF JUDGE LEWIS T. BABCOCK

     This will confirm that, pursuant to Defendant's Notice of Disposition (Doc 10 - filed November 16, 2009), a change of plea hearing regarding Defendant Contreras-Arias is set **Monday, December 21, 2009 at 9:00 a.m.** in Courtroom C401, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado.  Defendant must be present.  An interpreter is required.

Dated:  November 16, 2009